# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140184

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                             SC: 140184
                                                             COA: 281196
                                                             Wayne CC: 07-004196-01

DOMINIQUE SENARIO WILLIAMS,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the October 20, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010                                                 _____
0322                                                         Clerk